## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Celgene Corporation,** | : |
| | : |
| | : |
| **Plaintiff,** | : |
| | : **Civil Action No.: 16-cv-0501-SDW-LDW** |
| v. | : |
| | : |
| **Blanche LTD and DOES 1-10,** | : |
| | : ~~PROPOSED FORM OF~~ ORDER |
| | : |
| | : |
| **Defendants.** | : |
| | : |

AND NOW, this _18th_ day of _July_, 2017, upon consideration of Plaintiff's

Motion for Entry of Default Judgment, it is hereby ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that Defendant Blanche LTD, its officers, directors, agents,

employees and all persons in active concert or participation with it who receive actual notice of

this Order, by personal service or otherwise, are hereby permanently and forever enjoined, from

the date hereof, from doing, abiding, causing or abetting any of the following:

        (a)     engaging in any acts or activities directly or indirectly calculated to

infringe the REVLIMID® mark;

        (b)     using any designation, term, mark, slogan, logo, configuration or design

that is confusingly similar to the REVLIMID® mark;

        (c)     marketing, offering for sale, and selling lenalidomide under the

designation REVLIMID, or any confusingly similar variation thereof, or otherwise, into the

United States; and

C.

(d)    selling lenalidomide outside the restricted distribution program and in

violation of required health and safety guidelines.


SO ORDERED BY THE COURT

_____

Susan D. Wigenton, J.